UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Fannie S.,[1]

        Plaintiff,

v.

Leland Dudek,
*Acting Commissioner of Social Security*,

        Defendant.

Case No. 24-CV-04346 (JMB/DJF)

ORDER

---

Fannie S., Rochester, MN, self represented.

Ana H. Voss, United States Attorney's Office, Minneapolis, MN; James D. Sides and Sophie Doroba, Social Security Administration, Office of the General Counsel, Baltimore, MD, for Defendant Leland Dudek.

---

      This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge Dulce J. Foster dated February 19, 2025. (Doc. No. 9.) The R&R recommends that the Court dismiss without prejudice Plaintiff Fannie S.'s Complaint for lack of jurisdiction and deny Fannie S.'s application to proceed in forma pauperis as moot. (*See id.*) Neither party has objected to the R&R, and the time to do so has now passed. *See* D. Minn. L.R. 72.2(b)(1).

      In the absence of timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

---

[1] This District has adopted a policy of using only the first name and last initial of any nongovernmental parties in orders in Social Security matters.

Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The R&R (Doc. No. 9) is ADOPTED;

2. Fannie S.'s Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. No. 2) is DENIED as moot; and

3. The Court dismisses this action without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 27, 2025

/s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court